UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED, KUOSEN FUNG,
PETER BON VISO, MICHAEL PAUL FIX
AND DANIEL GLATTER,

               Petitioners,      Case No. 08 cv 00373 (GBD)(FM)

For an Order Pursuant to 9 U.S.C.A. § 1 et seq.
Confirming an Arbitration Award

        - against -                   **AFFIDAVIT OF SERVICE**

GRETA ROTHSTEIN AND KONSTANTINOS
KARETSOS,

               Respondents.
- - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                        ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and reside within the State of New York., that on January 18, 2008, he served the within PETITION, NOTICE OF PETITION/MOTION AND MEMORANDUM OF LAW along with a copy of the relevant Judges' rules upon the Respondents by placing true copies of the same in a postpaid UPS receptacle, duly addressed as follows:

                   Greta Rothstein
                   42-44 Despos-Sechou
                   117 43 Athens, Greece

                   Konstantinos Karetsos
                   42-44 Despos-Sechou
                   117 43 Athens, Greece

                                            _____
                                            IDRIS MAHMOUD
                                            LIC.# 1151131

Sworn to before me this
18th day of January, 2008

_____
NOTARY PUBLIC