THE LAW OFFICES OF

# NEAL BRICKMAN, P.C.

317 Madison Avenue, 21st Floor
New York, New York 10017

NEAL BRICKMAN
VIRGINIA A. REILLY
ETHAN Y. LEONARD
MELINDA M. DUS
DAVID M. KEARNEY

TELEPHONE:
(212) 986-6840
TELECOPIER:
(212) 986-7691

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 4 2008

April 3, 2008

**SO ORDERED**

The conference is adjourned to
May 14, 2008 at 9:30 a.m.

*George B Daniels*

HON. GEORGE B. DANIELS

APR 0 4 2008

Via Facsimile and Mail

Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007
(212) 805-6737 (Fax)

Re: Merrill Lynch v. Karetsos, et al.
08 CV 373 (GBD)

Dear Judge Daniels:

    We represent the Petitioner, Merrill Lynch, Pierce, Fenner & Smith, Incorporated in the above-referenced action seeking confirmation of a NYSE arbitration award. We write today in reference to the preliminary conference currently scheduled for April 9, 2008 at 9:30 a.m. in Courtroom 15D of the Courthouse located at 500 Pearl Street, New York, New York 10007.

    As referenced in conversation with your office, we are in receipt of the letter sent to the Court by the nephew of Respondent Karetsos informing the Court of Dr. Karetsos' recent illness and hospitalization. Based on Respondent's current medical state, we do not know the value of holding the conference referenced above. Specifically, we would join in the request forwarded by Dr. Karetsos' nephew at this time and ask that the matter be adjourned for a reasonable period such as thirty days so as to allow Dr. Karetsos to be released from the hospital and so that a reasonable discussion of the underlying matter may be had with the Court.

    As always, if the Court has any questions about this, or any other, matter, please contact this office at any time. We thank the Court for its time, attention and courtesies in this regard.

Respectfully submitted,

*Ethan Leonard*

cc: Dr. Konstantinos Karetsos (By Mail Only)
    Greta Rothstein (By Mail Only)