```
USDC SDNY
DOCUMENT
ELE...
D...
DATE FILED: MAY 19 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MERRILL LYNCH, et al.,

                        Petitioners,

        -against-

GRETA ROTHSTEIN and KONSTANTINOS
KARETSOS.,

                       Respondents.
------------------------------------------------------------------x

                                              ORDER
                                         08 Civ. 00373 (GBD)

GEORGE B. DANIELS, District Judge:

      Respondents have until September 16, 2008, to file an answer or response to the petition in the above-captioned case. If no answer or response is filed by that date, then petitioners may file a dispositive motion or motion for default judgment.

Dated: New York, New York
       May 16, 2008

                                              SO ORDERED:

                                              *[signature]*
                                             GEORGE B. DANIELS
                                             United States District Judge